UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| **CHRISTOPHER and WENDY SHIRLAND,** | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  1:08-cv-00301** |
| | ) | |
| **NATIONAL ENTERPRISE SYSTEMS, INC.,** | ) | |
| **Defendant.** | ) | |

### STIPULATION OF DISMISSAL

**NOW COME** the Plaintiffs, Christopher and Wendy Shirland, and the Defendant,

National Enterprise Systems, Inc., by and through their respective counsel, and hereby stipulate to the

dismissal of this action, with prejudice and without costs, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i).


Dated at Bangor, Maine, this 23rd day of March, 2009.


/s/ Richard W. Hall, Esq.
Richard W. Hall, Esq.
Attorney for Plaintiff
107-111 Columbia Street
Bangor, Maine  04401 / (207) 947-3386


/s/ Perry O'Brian, Esq.
Perry O'Brian, Esq.
Attorney for Plaintiff
42 Columbia Street
Bangor, Maine  04401 / (207) 942-4697


/s/ Thomas M. Brown, Esq.
Thomas M. Brown, Esq.
Attorney for Defendant
EATON PEABODY
P.O. Box 1210
80 Exchange Street
Bangor, Maine  04402-1210 / (207) 947-0111